**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:18-cv-14385-RLR**

DWAYNE GLOSSON,

        Plaintiff,

v.

JOHN H. SANDERS, individually,
and JOSAN CONSTRUCTION COMPANY, LLC,
a Florida Limited Liability Company,

        Defendants.

_____/

## DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Defendants John H. Sanders and Josan Construction Company, LLC, move this Court for a **second** fourteen (14)-day extension of time within which to file an Answer to the Complaint, to and including November 13, 2018, as the parties have reached a settlement and are preparing the appropriate settlement documentation and related moving papers for this Court's review pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350 (11th Cir. 1982). Plaintiff does not oppose the extension herein sought.

BASED ON THE FOREGOING, Defendants move this Court for a fourteen (14)-day extension of time to file an Answer, to and including November 13, 2018, and for such other and further relief as the Court deems just and proper.

Dated this 30th day of October, 2018.

> **MURPHY & WALKER, P.L.**
> 2001 U.S. Highway 1
> Vero Beach, FL 32960
> Telephone: (772) 231-1900
> Facsimile: (772) 231-4387
> Primary email: cwalker@murphywalker.com
> Secondary: bodom@murphywalker.com
> pleadings-walker@murphywalker.com
>
> By:   /s/ Casey Walker
>       Casey Walker
>       Florida Bar No. 099848
>       Brooke W. Odom
>       Florida Bar No. 859990

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the CM/ECF filing system to: **Maurice Arcadier, Esq., Ethan B. Babb, Esq.**, Arcadier, Biggie & Wood, PLLC, 2815 W. New Haven, Suite 304, Melbourne, FL 32904, office@wamalaw.com, arcadier@wamalaw.com this 30th day of October, 2018.

> /s/ Casey Walker
> Casey Walker
> Florida Bar No. 099848