UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:18-cv-14385-RLR

DWAYNE GLOSSON
    Plaintiff,
vs.

JOHN H. SANDERS, individually,
And JOSAN CONSTRUCTION
COMPANY, LLC
a Florida Limited Liability Company,
    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PLEADINGS RELATED TO THE DISMISSAL OF THIS ACTION

Plaintiff, DWAYNE GLOSSON, moves this Court for a Seven (7)-day extension of time within which to file a Notice of Voluntary Dismissal as per this Court's Order (Docket Entry 10). Plaintiff has been traveling and was not able to execute the settlement agreement. Plaintiff has just returned to the area. This extension request will allow Plaintiff and Defendants to finalize the settlement agreement.

Defendants do not oppose the extension herein sought.

BASED ON THE FOREGOING, Plaintiff move this Court for a seven (7) day extension of time, to and including, December 5, 2018, and for such other and further relief as the Court deems just and proper.

Dated this 28th day of November, 2018.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system, on this 28th day of November, 2018.

ARCADIER, BIGGIE & WOOD, PLLC

*/s/ Maurice Arcadier, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
Maurice Arcadier, Esquire
Florida Bar No. 0131180
Stephen Biggie, Esquire
Florida Bar No.: 0084035
Ethan B. Babb, Esquire
Florida Bar No. 127488
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@wamalaw.com
Secondary Email: wood@wamalaw.com
Phone: (321) 953-5998
Fax: (321) 953-6075